CHARLES B. GREY, Respondent, *v.* EUGENE WEST et al., Appellants.

*Grey* v. *West*, 12 App. Div. 625, affirmed.
(Submitted February 2, 1900; decided February 27, 1900.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered January 4, 1897, affirming a judgment in favor of plaintiff entered upon a verdict, and an order denying a motion for a new trial.

*Homer Weston* for appellants.

*Adam J. Smith* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: PARKER, Ch. J., GRAY, BARTLETT, MARTIN, VANN, CULLEN and WERNER, JJ.

---

THE SEWER COMMISSIONERS OF AMSTERDAM, Appellants, *v.* TIMOTHY SULLIVAN et al., Respondents.

*Sewer Commissioners* v. *Sullivan*, 11 App. Div. 472, affirmed.
(Argued February 2, 1900; decided February 27, 1900.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered December 22, 1896, modifying and affirming as modified a judgment in favor of defendants entered upon the report of a referee.

*W. Barlow Dunlap* for appellants.

*M. E. Driscoll* for respondents.

Judgment affirmed, with costs, on opinion below.
Concur: GRAY, BARTLETT, VANN, CULLEN and WERNER, JJ.
Not voting: PARKER, Ch. J., and MARTIN, J.